UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELINA MALLARI,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration.

        Defendant.

No. C08-948-RSL-BAT

ORDER REMANDING CASE FOR AWARD OF BENEFITS

The Court, after careful consideration of the complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for the purpose of awarding benefits.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 29th day of April, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMANDING FOR AWARD OF BENEFITS -1